# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| HOLLI LANDRY HARRISON | § | |
| | § | |
| V. | § | NO. 1:10-CV-683 |
| | § | |
| INTERNATIONAL CATASTROPHE | § | |
| INSURANCE MANAGERS, LLC, ET AL. | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on October 28, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' joint motion to dismiss, and enter partial final judgment without prejudice regarding plaintiff's claims against defendant RISC, Inc.

The magistrate judge's report is hereby **ADOPTED**, and the parties' "Joint Motion to Dismiss" (Docket No. 7) is **GRANTED**.

Partial final judgment dismissing defendant RISC, Inc. will be entered separately. The action will, however, remain pending with regard to plaintiff's claims against defendants, International Catastrophe Insurance Managers, LLC; Syndicate 4242; and Boulder Claims, LLC.

**SIGNED** this the 12 day of **January, 2011.**

_____
Thad Heartfield
United States District Judge